IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE O. EDWARD SCHLATTER**

| | |
|---|---|
| Civil Action No.  05-cv-00242-MSK-OES | Date:  August 30, 2005 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom A601** |

| | |
|---|---|
| TERRI CRANDALL and<br>JOANN HUBBARD, | Brian D. Gonzales<br>Kristina I. Mattson |
| Plaintiff(s); | |
| vs. | |
| CITY AND COUNTY OF DENVER,<br>d/b/a Denver International Airport; | Christen A. Mattison<br>Andrew J. Carafelli |
| Defendant(s). | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**          1:56 p.m.

Court calls case.  Appearances of counsel.

Opening statements by the Court.

Argument by Mr. Carafelli and Mr. Gonzales and discussion regarding Defendants' Motion to Compel Identity of "RCRA" Claimants and Request for Expedited Hearing [Doc. #32, filed 7/20/05].

**ORDERED:**  For reasons stated on the record, Defendants' Motion to Compel Identity of "RCRA" Claimants and Request for Expedited Hearing [Doc. #32, filed 7/20/05] is GRANTED.  Plaintiffs' counsel are directed to provide to Defendant the list of names requested.

**Court in recess:**          2:14 p.m.  (Hearing concluded)
**Total time in court:**      0:18