IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-242-MSK-MEH

TERRI CRANDALL and JOANN HUBBARD,

    Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO
d/b/a The Denver International Airport, a Colorado political
subdivision,

    Defendant.

---

**DEFENDANT'S MOTION TO COMPEL PLAINTIFFS' EXPERT HERNANDEZ' EXPERT OPINIONS FOR DEFENDANT'S ANTICIPATED FED.R.CIV.P. 702 MOTION**

---

COMES NOW the Defendant, The City and County of Denver, Colorado, d/b/a The Denver International Airport, by and through its attorney, Andrew J. Carafelli, of the law firm of Hall & Evans, L.L.C., and hereby files its Motion to Compel Plaintiffs' Expert, Mr. Hernandez, expert opinions:

**CERTIFICATE OF COMPLIANCE WITH RULE 7.1A**

Defendant's attorney certifies that he has made reasonable good-faith efforts to confer with opposing counsel to resolve the disputed matter. Defendant's attorney mailed opposing counsel a letter on June 5, 2006 asking that Plaintiffs provide the requested expert opinions sought herein. That on June 15, 2006, Defendant's counsel emailed opposing counsel requesting the opinions sought herein. Contrary to opposing counsel's response that Plaintiffs would provide the opinions by June 21, 2006, Plaintiffs have not yet provided the requested

expert opinions.

1. As the Court is aware, this case has been brought by the Plaintiffs pursuant to the Federal Recourse Conservation and Recovery Act of 1976 ("RCRA").  In their suit, Plaintiffs identified Mark Hernandez as an expert.

2. As part of defending this case, Defendant seeks Mr. Hernandez' expert opinions in preparation for filing a motion with respect to Mr. Hernandez pursuant to Fed.R.Civ.P. 702.

3. On June 5, 2006, Defendant's counsel wrote to Plaintiffs' counsel, Brian Gonzales, advising him that the Defendant anticipates filing a motion pursuant to Fed.R.Civ.P. 702 with respect to Mr. Hernandez and requesting, pursuant to Judge Krieger's specific procedures with respect to such motions, the actual expert opinions that Plaintiffs intend to offer. (See Exhibit "A" attached hereto)

4. Because Defendant's counsel had not heard from Mr. Gonzales regarding the undersigned's June 5, 2006 letter, Defendant's counsel emailed Mr. Gonzales on June 15, 2006 again requesting Mr. Hernandez' expert opinions.  (See Exhibit "B" attached hereto)

5. That Mr. Gonzales responded by email to Defendant's counsel on June 16, 2006 that Plaintiffs would produce Mr. Hernandez' expert opinions by June 21, 2006  (See Exhibit "B" attached hereto.)

6. That, to date, Plaintiffs have not produced the requested expert opinions from Mr. Hernandez.

7. The Defendant needs Mr. Hernandez' expert opinions to proceed with its anticipated Rule 702 motion.  However, Plaintiffs' continuing refusal to provide the opinions is

precluding the Defendant from proceeding with preparation of its anticipated motion. The due date for dispositive motions, including Rule 702 motions, is July 31, 2006.

WHEREFORE, Defendant respectfully requests this Court enter an Order compelling the Plaintiffs to provide Mr. Hernandez' expert opinions immediately.

DATED this 23rd day of June, 2006.

Respectfully submitted,

s/ Andrew J. Carafelli
Andrew J. Carafelli             #25071
of HALL & EVANS, L.L.C.
1125 - 17th Street, Suite 600
Denver, CO  80202
303-628-3300
carafellia@hallevans.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 23rd day of June, 2006, I electronically filed the foregoing **DEFENDANT'S MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATIONS OF PLAINTIFFS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John D. Fognani, Esq.
Lauren C. Buehler, Esq.
FOGNANI & FAUGHT, PLLC
1700 Lincoln Street, Suite 2222
Denver, CO 80203
E-mail:   jfognani@fognanilaw.com
              lbuehler@fognanilaw.com

and I hereby certify that on this 23rd day of June, 2006, I have mailed or served the foregoing document to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

**Via U.S. Mail, postage prepaid**

Michael Childress, Esq.
Michael Duffy, Esq.
Thomas J. Loucks, Esq.
Childress Duffy & Goldblatt, LTD.
515 North State Street, 22nd Floor
Chicago, IL 60610

s/ Dawnell Leonard, Secretary
Andrew J. Carafelli, Esq.
Hall & Evans, L.L.C.
1125 - 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
303-293-3231 – Fax
carafellia@hallevans.com

4