IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00242-MSK-MEH

TERRI CRANDALL and
JO ANN HUBBARD,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO
d/b/a The Denver International Airport, a Colorado political
subdivision,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 11, 2006.**

The Defendant in this action does not appear as an participant on the Stipulated Motion for Protective Order [Filed July 7, 2006; Docket #123], nor is the lack of the Defendant's participation nor concerns of whether or not the Defendant is bound by the stipulation explained.  Therefore, the Stipulated Motion for Protective Order is **denied,** without prejudice, subject to refiling.