IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00242-MSK-MEH

TERRI CRANDALL and
JO ANN HUBBARD,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO
d/b/a The Denver International Airport, a Colorado political
subdivision,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 24, 2006.**

      For good cause shown, and by agreement of the parties and interested nonparties, the Renewed Stipulated Motion for Protective Order [Filed July 20, 2006; Docket #126] is **granted.** The Protective Order shall be entered separately.