IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00242-MSK-MEH

TERRI CRANDALL and
JO ANN HUBBARD,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO
d/b/a The Denver International Airport, a Colorado political
subdivision,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 15, 2006.**

      Defendant's Unopposed Motion for Leave to File a Sur-Reply to Plaintiffs' Reply Brief in Support of the Motion of 8/02/06 to Compel Recovery and Production of Electronic Mail and for Sanctions for Spoliation of Evidence [Filed September 7, 2006; Docket #160] is **granted.** Defendant shall file its sur-reply in this regard on or before September 18, 2006.