# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover                    Date:   January 19, 2007
Court Reporter:     Paul Zuckerman

Civil Action No. 05-cv-00242-MSK

*Parties*:                                              *Counsel Appearing:*

TERRI CRANDALL,                                         Brian Gonzales
JOANN HUBBARD,                                          Fritz Ganz
                                                        Perry Glantz
       Plaintiffs,                                    Michael Duffy

v.                                                      Peter Jones
                                                        Darin Lang
DENVER, CITY AND COUNTY OF,                             Peter Moyson
                                                        Andrew Carafelli
       Defendant.

## COURTROOM MINUTES

HEARING:   Final Pretrial Conference.

**8:05 a.m.   Court in session.**

Counsel Brian Gonzales, Michael Duffy, Perry Glantz, for plaintiffs, and the plaintiffs Terri Crandall and JoAnn Hubbard are present.

Counsel Peter Jones, Darin Lang, Andrew Carafelli , Peter Moyson, for defendant City and County of Denver, and representatives Cheryl Cohen-Vader, Dan Newman and Chris Doering are present.

Parties are present

A bench trial is set for April 17, 2007 for 15 days.  The Court advises counsel that the trial is in a junior position to a criminal trial and will not proceed as scheduled.

The Court advises after review of the final pretrial order the case is not ready to proceed to trial.

The Court addresses defendant's motion for summary judgment and a ruling is not likely prior to trial and may be addressed at the time of trial.

The Court addresses the joint motion for an F.R.E. 702 hearing.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Court advises counsel to reassess the amount of time necessary for trial because it is a bench trial, comments with regard to the witness and exhibit lists and proposed final pretrial order.

**PENDING MOTIONS.**

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:** Plaintiff's Appeal of Magistrate Judge Decision re Motion to Compel **(Doc. #75)** is **DENIED**, as moot.

Defendant's Motion to Strike Expert Report of Harlee Strauss, Ph.D. **(Doc. #104)** Is **DENIED**, as moot.

Defendant's Motion for Leave to File Excess Pages **(Doc. #139)** is **GRANTED.**

Defendant's Motion for Leave to File Excess Pages **(Doc. #161)** is **GRANTED**

Plaintiff's Unopposed Motion for Leave to File Excess Pages **(Doc. #172)** is **GRANTED.**

Plaintiff's Cross-Motion for Summary Judgment **(Doc. #173)** is **DENIED**, as untimely.

Defendant's Motion to Strike Cross-Motion for Summary Judgment **(Doc. #176)** is **DENIED**, as moot.

Defendant's Motion for Request for Daubert Hearing **(Doc. #183)** is **DENIED**, as moot.

Joint Motion Under F.R.E. 702 **(Doc. #184)** remains outstanding.

F.R.E. 702 hearing is set for **June 8, 2007 at 8:30 a.m.**, in Courtroom A901, 901 19th Street, Denver, Colorado.

Review of the proposed final pretrial order - matters addressed:

Claims
Defenses
Stipulated Facts
Witness List
Exhibit List
Anticipated motions
Trial length, trial process, 702 motion process, technology training, evidentiary issues and any questions posed by counsel.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**ORDER:**   If the parties are interested in pursuing settlement, they shall obtain a settlement hearing date from the magistrate judge assigned to this case.

**ORDER**:   Revised final pretrial order to be submitted by **July 5, 2007.**

Revised witness and exhibit lists to be submitted by **July 5, 2007**.

**Trial is vacated**

**Court in recess.**

**Total Time:   1 hour**
**Hearing concluded.**