**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover          Date: June 8, 2007
Court Reporter:      Paul Zuckerman

Civil Action No. 05-cv-00242-MSK-MEH

*Parties*:                                  *Counsel*:

TERRI CRANDALL, and                         Brian Gonzales
JoANN HUBBARD,                              Fritz Ganz


            Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER,              Christen Mattison
COLORADO,                                   Peter Moyson
                                            Andrew Carafelli

            Defendants.

---

## COURTROOM MINUTES

---

HEARING: Rule 702

**8:38 a.m.      Court in session**

The Court addresses the purpose of this hearing.

The opinions of Drs. Hernandez and Strauss (listed as Exhibits 1 and 12) will not be used as exhibits, but will be attached to these minutes as part of the record.

**Dr. Hernandez Opinion:**

The Court states opinions #1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16.

Counsel for defendant states their objections to each opinion.

**9:26 a.m.      Court in recess**
**9:39 a.m.      Court in session**

**Witness sworn  for the : plaintiff : Mark Hernandez**
**9:40 a.m.      Direct Examination by Mr. Gonzales.**

**EXHIBITS:  Received:      2, 9, 11** (by stipulation and the conditions stated by the Court)

**10:49 a.m.     Court in recess**
**11:06 a.m.     Court in session**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Continued direct examination of witness Mark Hernandez by Mr. Gonzales.

| | |
|---|---|
| **12:06 p.m.** | **Court in recess** |
| **1:45 p.m.** | **Court in session** |

Cross-examination of witness Mark Hernandez by Mr. Mattison.

| | |
|---|---|
| **2:51 p.m.** | **Court in recess]** |
| **3:13 p.m.** | **Court in session** |

Redirect examination of witness Mark Hernandez by Mr. Gonzales.

Argument by Mr. Gonzales.

Argument by Mr. Mattison.

Oral findings and conclusions of law are incorporated herein.

**ORDER:**     The Court makes factual findings as to the Joint 702 Motion **(Doc #184) with regard to Dr. Mark Hernandez only** as follows:

Opinion No. 1 is not admissible and excluded in its entirety.
Opinion No. 2 is not admissible and excluded in its entirety.
Opinion No. 3 is not admissible and excluded in its entirety.
Opinion No. 4 is not admissible and excluded in its entirety.
Opinion No. 5 is not admissible and excluded in its entirety.
Opinion No. 6 is not admissible and excluded in its entirety.
Opinion No. 7 is admissible.
Opinion No. 8 is not admissible and excluded in its entirety.
Opinion No. 9 is not admissible and excluded in its entirety.
Opinion No. 10 is not admissible and excluded in its entirety.
Opinion No. 11 is not admissible and excluded in its entirety.
Opinion No. 12 is not admissible and excluded in its entirety.
Opinion No. 13 is admissible.
Opinion No. 14 is admissible.
Opinion No. 15 is not admissible and excluded in its entirety.
Opinion No. 16 is not admissible and excluded in its entirety.

**ORDER:**     702 hearing with regard to Dr. Harlee Strauss is set for **Friday, June 29, 2007 at 8:30 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

**4:22 p.m.**     **Court in recess.**

**Total Time:   4 hours 13 minutes.**
**Hearing concluded.**