IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00242-MSK-MEH

TERRI CRANDALL  and
JOANN HUBBARD,

    Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
d/b/a The Denver International Airport, a Colorado political subdivision,

    Defendant.

_____

### OPINION AND ORDER DENYING MOTION FOR SUMMARY JUDGMENT AND SETTING HEARING TO SET TRIAL DATE
_____

**THIS MATTER** comes before the Court pursuant to the Defendant's Motion for Summary Judgment **(# 140)**, the Plaintiffs' response **(# 171)**, and the Defendant's reply **(# 178)**.

At the Pretrial Conference, the Court remarked to the parties about, among other things, the length of the motion (more than 2,000 pages of briefing and supporting exhibits) and the motion's dependence upon the admissibility of the parties' experts' opinions, which had yet to be challenged or adjudicated.  In response, the Defendant filed a Notice of Submission of a Condensed Set of Exhibits **(# 231)**, explaining that the Defendant believed that its summary judgment motion could be decided on a record less than 10% the size of that originally submitted with the motion.  The Defendant submitted a "condensed record" in support of its motion, but did not submit revised briefing that removed reference to exhibits that had been omitted, and that referred to exhibits in the "condensed record" by their new exhibit designations.  Moreover, the

parties have not modified their briefing to reflect the Court's rulings that some of the parties' experts' opinions are inadmissible under Fed. R. Evid. 702.

In light of the foregoing, the Court concludes that it is unable to adjudicate the Defendant's summary judgment motion as it is currently briefed.  Accordingly, the motion **(# 140)** is **DENIED WITHOUT PREJUDICE**.  The Defendant is granted leave to file a new motion for summary judgment within 20 days and the parties shall complete the briefing according to D.C. Colo. L. Civ. R. 7.1(C).  To avoid needless multiplication of briefing, the Court waives any of the page limits in its Practice Standards for the parties' briefs on this motion, but strongly encourages the parties to present concise and precisely-focused arguments and evidence.  The Court further notes that although the trial date was vacated in this action on January 19, 2007 **(# 210)**, no new trial date was set.  Accordingly, the Court will conduct a brief, non-evidentiary hearing on **Wednesday, October 31, 2007** at **4:30 p.m.** to address the length and setting of trial in this case.  Counsel may appear by telephone by making advance arrangements with the Courtroom Deputy, Patricia Glover, at (303) 335-2185.

Dated this 25th day of September, 2007

                           **BY THE COURT:**

                           Marcia S. Krieger
                           United States District Judge