IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00242-MSK-MEH

TERRI CRANDALL and
JOANN HUBBARD,

    Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
d/b/a The Denver International Airport, a Colorado political subdivision,

    Defendant.

___

### ORDER RESETTING FINAL PRETRIAL CONFERENCE
___

THIS MATTER comes before the Court *sua sponte*. A scheduling conflict exists on the date this matter is set for a Final Pretrial Conference. Accordingly,

**IT IS ORDERED** that the Final Pretrial Conference previously set for March 10, 2008, at 1:30 p.m. is **reset to March 14, 2008, at 9:30 a.m.** The Proposed Pretrial Order deadline remains set for March 3, 2008.

DATED this 15th day of January, 2008.

                                               BY THE COURT:

                                               Marcia S. Krieger
                                               United States District Judge