IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover           Date: March 14, 2008
Court Reporter:    Paul Zuckerman

Civil Action No. 05-cv-00242-MSK-MEH

| *Parties*: | *Counsel Appearing:* |
|---|---|
| TERRI CRANDALL and | Fritz Ganz |
| JOANN HUBBARD, | Brian Gonzales |
| Plaintiff, | |
| v. | |
| THE CITY AND COUNTY OF DENVER, COLORADO, d/b/a The Denver International Airport, a Colorado political subdivision, | Christen Mattison Peter Moyson Andrew Carafelli |
| Defendant. | |

## COURTROOM MINUTES

HEARING: Final Pretrial Conference.

9:35 a.m.    **Court in session.**

Parties and counsel are all present. Chris Doering, Assistant City Attorney for defendant is present.

**PENDING MOTIONS.**    **#212, 216, 217, 233, 240, 267, 273, 275**

The Court addresses defendant's renewed Motion for Summary Judgment (Doc. #267)

Argument from counsel Peter Moyson for defendant, Messrs. Ganz and Gonzales for the plaintiffs.

**10:23 a.m.    Court in recess**
**11:13 a.m.    Court in session**

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**    Defendant's Renewed Motion for Summary Judgment **(Doc. #267)** is **DENIED.**

**ORDER:** Bench Trial is scheduled as follows: April 7 (1:30 p.m.); April 8, 9, 14 and 15 (8:30 a.m. all days); April 28 (1:30 p.m.); April 29 and 30, 2008 (8:30 both days).

**ORDER:** Motion to Limit Plaintiff's Evidence at Trial **(Doc. #216)** is **DENIED.** Plaintiff's request for attorney's fees is **DENIED.**

**ORDER:** Motion for Preliminary Injunction **(Doc. #233)** and Motion to Defer Plaintiffs' Evidentiary Issues **(Doc. #240) are both DENIED as moot.**

**ORDER:** Motion in Limine **(Doc. #273)** is **DENIED.**

**ORDER:** Motion to Strike Plaintiff's Motion in Limine **(Doc. #275)** is **DENIED.**

**ORDER:** Pertinent to trial process: Time for trial will be split between the parties. The Courtroom Deputy will keep track of time on the chess clock.

**12:06 p.m.** **Court in recess.**

**Total Time: 1 hour 55 minutes.**
**Hearing concluded.**