IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00242-MSK-MEH

TERRI CRANDALL and
JOANN HUBBARD,

    Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
d/b/a The Denver International Airport, a Colorado political subdivision,

    Defendant.

_____

## ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS
_____

    **THIS MATTER** comes before the Court *sua sponte*.

    The Court has determined that the Minutes **(# 287)** from its March 14, 2008 hearing failed to reflect the Court's disposition of the Defendant's Motion for Judgment on the Pleadings **(# 217)**. For the reasons set forth in open court, the Defendant's Motion **(# 217)** is **DENIED**.

    Dated this 24th day of March, 2008

                                         **BY THE COURT:**

                                         Marcia S. Krieger
                                         United States District Judge