IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00242-MSK-MEH

TERRI CRANDALL  and
JOANN HUBBARD,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
d/b/a The Denver International Airport, a Colorado political subdivision,

      Defendant.

_____

## ORDER GRANTING, IN PART, MOTION TO COMPEL INSPECTION
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiffs' Motion to Compel

Inspection (**# 290**), and the Plaintiffs' Motion for Expedited Hearing (**# 291**).  Pursuant to D.C.

Colo. L. Civ. R. 7.1(C), the Court is prepared to address this matter without awaiting responsive

papers from the Defendant.

      The Court directs that Dr. Kurtz and Mr. Kurz be permitted to attend the March 31, 2008

testing.  The Court expressly declines to address at this time the degree, if any, to which Dr.

Kurtz and Mr. Kurz will be permitted to testify at trial in this matter.

Accordingly, the Plaintiff's Motion to Compel Inspection **(# 290)** is **GRANTED IN PART**, as set forth herein. The Plaintiff's Motion for Expedited Hearing **(# 291)** is **DENIED AS MOOT**.

Dated this 27th day of March, 2008

**BY THE COURT:**

_Marcia S. Krieger_
_____

Marcia S. Krieger
United States District Judge